IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-11075
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

AUGUSTIN DURAN PEREZ,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:93-CR-021-1-E
- - - - - - - - - -
August 20, 1996

Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Augustin Duran Perez appeals his sentence in a guilty-plea

conviction for possession of cocaine with intent to distribute.

Relying on Bailey v. United States, 116 S. Ct. 501 (1995), he

argues that the district court erred in enhancing his offense

level under U.S.S.G. § 2D1.1(b)(1).  Perez's reliance on Bailey

is misplaced; Bailey does not apply to § 2D1.1(b)(1).  See United

States v. Castillo, 77 F.3d 1480, 1499 n.34 (5th Cir.), petition

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

for cert. filed, (U.S. July 26, 1996) (No. 96-5357).  The

connection between the weapon and the cocaine was not clearly

improbable; therefore, the findings of the district court were

not clearly erroneous.  See United States v. Mitchell, 31 F.3d

271, 277 (5th Cir.), cert. denied, 115 S. Ct. 455 (1994).

AFFIRMED.